In the Matter of the Final Account of DANIEL MAY and LILLIAN M. DANZIGER, Ancillary Committee of the Estate of REBECCA MAY, an Incompetent Person and an Inmate of Stamford Hall, Stamford, Connecticut. DANIEL MAY and LILLIAN M. DANZIGER, Ancillary Committee, etc., Appellants; SAMUEL LAX, Special Guardian, Respondent.— Order, so far as appealed from, unanimously modified by limiting the surcharge of the ancillary committee to $532.54, this being the sum paid to the attorneys as legal fees for the appointment of the ancillary committee, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.